*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Katrena L Wentzel
    Debtor(s)

Case No: 15–13212–amc
Chapter: 13

# NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Response by the Debtor to Certification of Default of Creditor HSBC Bank USA, National Association as Trustee Et Al...

    on: 10/1/19

    at: 11:00 AM

    in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  9/12/19

Timothy B. McGrath
Clerk of Court

100 – 99
Form 167