United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 15-13212-amc
Katrena L Wentzel                                                     Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: DonnaR              Page 1 of 1                Date Rcvd: Sep 12, 2019
                              Form ID: 167              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 14, 2019.
db             +Katrena L Wentzel,    4204 Stoudts Ferry Bridge Road,    Reading, PA 19605-3218

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 12, 2019 at the address(es) listed below:
              ANDREW   SPIVACK    on behalf of Creditor    HSBC Bank USA, NA as Trustee et al..... paeb@fedphe.com
              ANDREW   SPIVACK    on behalf of Creditor    HSBC Bank USA, National Association As Trustee et. al.
               paeb@fedphe.com
              BRENNA HOPE MENDELSOHN     on behalf of Plaintiff Ralph P. Wenrich, Jr. tobykmendelsohn@comcast.net
              BRENNA HOPE MENDELSOHN     on behalf of Plaintiff Kelly S. Wenrich tobykmendelsohn@comcast.net
              BRENNA HOPE MENDELSOHN     on behalf of Debtor Katrena L Wentzel tobykmendelsohn@comcast.net
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JACQUELINE FRANCES MCNALLY     on behalf of Creditor    The Bank of New York Mellon f/k/a the Bank
               of New York jmcnally@sterneisenberg.com,
               seisenberg@sterneisenberg.com;dbogucki@sterneisenberg.com;ddelvecchio@sterneisenberg.com;ckohn@st
               erneisenberg.com
              JEROME B. BLANK    on behalf of Creditor    HSBC Bank USA, National Association As Trustee et. al.
               paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    The Bank of New York Mellon et. al. paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    HSBC Bank USA, National Association As Trustee et.
               al. paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    The Bank of New York Mellon f/k/a the Bank of New
               York paeb@fedphe.com
              LESLIE J. RASE    on behalf of Creditor    The Bank of New York Mellon f/k/a the Bank of New York
               pabk@logs.com,  lerase@logs.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MARIO J. HANYON    on behalf of Creditor    The Bank of New York Mellon et. al. paeb@fedphe.com
              PETER WILLIAM WAPNER    on behalf of Creditor    The Bank of New York Mellon f/k/a the Bank of New
               York peter.wapner@phelanhallinan.com
              REBECCA ANN SOLARZ    on behalf of Creditor    HSBC Bank USA, National Association as Trustee Et
               Al... bkgroup@kmllawgroup.com
              ROLANDO  RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ecfmail@readingch13.com,  ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,  ecf_frpa@trustee13.com
              SENIQUE MONEE MOORE    on behalf of Creditor    Wells Fargo Bank, N.A./Wells Fargo Home Mortgage
               senique.moore@wellsfargo.com
              SUSAN P. PEIPHER    on behalf of Creditor    Garden Spot Equipment Auction Auto Sales, Inc.
               spp@blakingerthomas.com,  pds@blakingerthomas.com;blt@blakingerthomas.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW
               YORK AS SUCCESSOR TRUSTEE, Et al. paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD MILLER    on behalf of Creditor    The Bank of New York Mellon f/k/a the Bank of New
               York wmiller@sterneisenberg.com,  bkecf@sterneisenberg.com
                                                                                              TOTAL: 23

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Katrena L Wentzel
    Debtor(s)

Case No: 15−13212−amc
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Response by the Debtor to Certification of Default of Creditor HSBC Bank USA, National Association as Trustee Et Al...

    on: 10/1/19

    at: 11:00 AM

    in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  9/12/19

Timothy B. McGrath
Clerk of Court

100 − 99
Form 167