United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 15-13212-pmm
Katrena L Wentzel                                                         Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4    User: DonnaR         Page 1 of 2           Date Rcvd: May 01, 2020
                       Form ID: 167          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 03, 2020.
db         +Katrena L Wentzel,    4204 Stoudts Ferry Bridge Road,    Reading, PA 19605-3218
cr         +The Bank of New York Mellon f/k/a the Bank of New,    Stern & Eisenberg, PC,    1581 Main Street,
             Suite 200,    Warrington, Pa 18976-3403

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 1, 2020 at the address(es) listed below:
      ANDREW   SPIVACK    on behalf of Creditor    HSBC Bank USA, NA as Trustee et al..... paeb@fedphe.com
      ANDREW   SPIVACK    on behalf of Creditor    HSBC Bank USA, National Association As Trustee et. al.
        paeb@fedphe.com
      BRENNA HOPE MENDELSOHN    on behalf of Plaintiff Ralph P. Wenrich, Jr. tobykmendelsohn@comcast.net
      BRENNA HOPE MENDELSOHN    on behalf of Plaintiff Kelly S. Wenrich tobykmendelsohn@comcast.net
      BRENNA HOPE MENDELSOHN    on behalf of Debtor Katrena L Wentzel tobykmendelsohn@comcast.net
      FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
        ecf_frpa@trustee13.com
      JACQUELINE FRANCES MCNALLY    on behalf of Creditor    The Bank of New York Mellon f/k/a the Bank
        of New York jmcnally@sterneisenberg.com,
        seisenberg@sterneisenberg.com;dbogucki@sterneisenberg.com;ddelvecchio@sterneisenberg.com;ckohn@st
        erneisenberg.com
      JEROME B. BLANK    on behalf of Creditor    HSBC Bank USA, National Association As Trustee et. al.
        paeb@fedphe.com
      JEROME B. BLANK    on behalf of Creditor    The Bank of New York Mellon et. al. paeb@fedphe.com
      JOSEPH ANGEO DESSOYE    on behalf of Creditor    The Bank of New York Mellon f/k/a the Bank of New
        York paeb@fedphe.com
      JOSEPH ANGEO DESSOYE    on behalf of Creditor    HSBC Bank USA, National Association As Trustee et.
        al. paeb@fedphe.com
      LESLIE J. RASE    on behalf of Creditor    The Bank of New York Mellon f/k/a the Bank of New York
        pabk@logs.com,    lerase@logs.com
      LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
        ecf_frpa@trustee13.com
      MARIO J. HANYON    on behalf of Creditor    The Bank of New York Mellon et. al. paeb@fedphe.com
      PETER WILLIAM WAPNER    on behalf of Creditor    The Bank of New York Mellon f/k/a the Bank of New
        York peter.wapner@phelanhallinan.com
      REBECCA ANN SOLARZ    on behalf of Creditor    HSBC Bank USA, National Association As Trustee et.
        al. bkgroup@kmllawgroup.com
      REBECCA ANN SOLARZ    on behalf of Creditor    HSBC Bank USA, National Association as Trustee Et
        Al... bkgroup@kmllawgroup.com
      ROLANDO   RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
        ecfmail@readingch13.com
      SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
      SENIQUE MONEE MOORE    on behalf of Creditor    Wells Fargo Bank, N.A./Wells Fargo Home Mortgage
        senique.moore@wellsfargo.com
      SUSAN P. PEIPHER    on behalf of Creditor    Garden Spot Equipment Auction Auto Sales, Inc.
        spp@blakingerthomas.com,    pds@blakingerthomas.com;blt@blakingerthomas.com
      THOMAS YOUNG.HAE SONG    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW
        YORK AS SUCCESSOR TRUSTEE, Et al. paeb@fedphe.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

```
District/off: 0313-4              User: DonnaR              Page 2 of 2              Date Rcvd: May 01, 2020
                                  Form ID: 167              Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
        WILLIAM EDWARD MILLER    on behalf of Creditor    The Bank of New York Mellon f/k/a the Bank of New
         York wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
                                                  TOTAL: 24

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Katrena L Wentzel
    Debtor(s)

Case No: 15–13212–pmm
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Patricia M. Mayer , United States Bankruptcy Judge to consider:

Response to Certification of Default filed by Creditor The Bank of New York Mellon et. al

on: 5/21/20

at: 11:00 AM

in: 201 Penn Street, 4th Floor, Reading, PA 19601

Date: 5/1/20

For The Court

Timothy B. McGrath
Clerk of Court

106 – 105
Form 167