IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
KATRENA L. WENTZEL                                           BK. No. 15-13212 PMM
           Debtor

           Chapter No. 13

THE BANK OF NEW YORK MELLON F/K/A
THE BANK OF NEW YORK AS SUCCESSOR
TRUSTEE FOR JPMORGAN CHASE BANK,      :
N.A., AS TRUSTEE FOR THE BENEFIT OF   :
THE CERTIFICATEHOLDERS OF POPULAR     :       11 U.S.C. §362
ABS, INC. MORTGAGE PASS-THROUGH
CERTIFICATES SERIES 2006-D
           Movant
           v.
KATRENA L. WENTZEL
           Respondent

**ORDER MODIFYING SECTION 362 AUTOMATIC STAY**

    **AND NOW**, this 4th day of June, 2020, after Notice of Default and the filing of a Certification of Default under the parties' prior Stipulation, it is

    **ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

    **ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 4204 STOUDTS FERRY BRIDGE ROAD, MULENBURG TWP (READING), PA 19605 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

    **ORDERED** that Rule 4001(a)(3) is not applicable and **THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS SUCCESSOR TRUSTEE FOR JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF POPULAR ABS, INC. MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-D** may immediately enforce and implement this Order granting Relief from the Automatic Stay ; and it is further;

    **ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

           By the Court:

           *Patricia M. Mayer*
           _____
           PATRICIA M. MAYER, BANKRUPTCY JUDGE