United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Katrena L Wentzel  
     Debtor

Case No. 15-13212-pmm  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: Lisa     Page 1 of 2     Date Rcvd: Jun 05, 2020  
                   Form ID: pdf900     Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2020.
```
db             +Katrena L Wentzel,    4204 Stoudts Ferry Bridge Road,    Reading, PA 19605-3218
cr              ECMC,    PO BOX 16408,    SAINT PAUL, MN 55116-0408
cr             +Garden Spot Equipment Auction Auto Sales, Inc.,    c/o Susan P. Peipher, Esquire,
                 Blakinger, Byler & Thomas, P.C.,    28 Penn Square,    Lancaster, PA 17603-4297
cr             +HSBC BANK USA,    14841 Dallas Parkway, Suite 425,    Dallas, TX 75254-8067
cr             +HSBC BANK USA, NATIONAL ASSOCIATION,    14841 Dallas Parkway, Suite 425,    Dallas, TX 75254-8067
cr             +Ocwen Loan Servicing LLC  et al....,    Attn: Bankruptcy Dept,    P.O. Box 24605,
                 West Palm Beach, FL 33416-4605
cr             +The Bank of New York Mellon f/k/a the Bank of New,    Stern & Eisenberg, PC,    1581 Main Street,
                 Suite 200,    Warrington, Pa 18976-3403
cr             +Wells Fargo Bank, N.A./Wells Fargo Home Mortgage,    MAC X7801-014,    3476 Stateview Blvd.,
                 Fort Mill, SC 29715-7203
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2020                                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2020 at the address(es) listed below:
```
              ANDREW   SPIVACK    on behalf of Creditor    HSBC Bank USA, NA as Trustee et al..... paeb@fedphe.com
              ANDREW   SPIVACK    on behalf of Creditor    HSBC Bank USA, National Association As Trustee et. al.
               paeb@fedphe.com
              BRENNA HOPE MENDELSOHN    on behalf of Plaintiff Ralph P. Wenrich, Jr. tobykmendelsohn@comcast.net
              BRENNA HOPE MENDELSOHN    on behalf of Plaintiff Kelly S. Wenrich tobykmendelsohn@comcast.net
              BRENNA HOPE MENDELSOHN    on behalf of Debtor Katrena L Wentzel tobykmendelsohn@comcast.net
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JACQUELINE FRANCES MCNALLY    on behalf of Creditor    The Bank of New York Mellon f/k/a the Bank
               of New York jmcnally@sterneisenberg.com,
               seisenberg@sterneisenberg.com;dbogucki@sterneisenberg.com;ddelvecchio@sterneisenberg.com;ckohn@st
               erneisenberg.com
              JEROME B. BLANK    on behalf of Creditor    HSBC Bank USA, National Association As Trustee et. al.
               paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    The Bank of New York Mellon et. al. paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    The Bank of New York Mellon f/k/a the Bank of New
               York paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    HSBC Bank USA, National Association As Trustee et.
               al. paeb@fedphe.com
              LESLIE J. RASE    on behalf of Creditor    The Bank of New York Mellon f/k/a the Bank of New York
               pabk@logs.com, lerase@logs.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MARIO J. HANYON    on behalf of Creditor    The Bank of New York Mellon et. al. paeb@fedphe.com
              PETER WILLIAM WAPNER    on behalf of Creditor    The Bank of New York Mellon f/k/a the Bank of New
               York peter.wapner@phelanhallinan.com
              REBECCA ANN SOLARZ    on behalf of Creditor    HSBC Bank USA, National Association As Trustee et.
               al. bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    HSBC Bank USA, National Association as Trustee Et
               Al... bkgroup@kmllawgroup.com
```

```
District/off: 0313-4          User: Lisa                  Page 2 of 2                  Date Rcvd: Jun 05, 2020
                              Form ID: pdf900             Total Noticed: 8
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        ROLANDO  RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
         ecfmail@readingch13.com
        SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
        SENIQUE MONEE MOORE    on behalf of Creditor    Wells Fargo Bank, N.A./Wells Fargo Home Mortgage
         senique.moore@wellsfargo.com
        SUSAN P. PEIPHER    on behalf of Creditor    Garden Spot Equipment Auction Auto Sales, Inc.
         spp@blakingerthomas.com, pds@blakingerthomas.com;blt@blakingerthomas.com
        THOMAS YOUNG.HAE SONG    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW
         YORK AS SUCCESSOR TRUSTEE, Et al. paeb@fedphe.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM EDWARD MILLER    on behalf of Creditor    The Bank of New York Mellon f/k/a the Bank of New
         York wmiller@sterneisenberg.com, bkecf@sterneisenberg.com

                                                                                                TOTAL: 24

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| KATRENA L. WENTZEL | BK. No. 15-13212 PMM |
| Debtor | |
| | Chapter No. 13 |
| THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS SUCCESSOR TRUSTEE FOR JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF POPULAR ABS, INC. MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-D | 11 U.S.C. §362 |
| Movant | |
| v. | |
| KATRENA L. WENTZEL | |
| Respondent | |

**ORDER MODIFYING SECTION 362 AUTOMATIC STAY**

**AND NOW**, this 4th day of June, 2020, after Notice of Default and the filing of a Certification of Default under the parties' prior Stipulation, it is

**ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 4204 STOUDTS FERRY BRIDGE ROAD, MULENBURG TWP (READING), PA 19605 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

**ORDERED** that Rule 4001(a)(3) is not applicable and **THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS SUCCESSOR TRUSTEE FOR JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF POPULAR ABS, INC. MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-D** may immediately enforce and implement this Order granting Relief from the Automatic Stay ; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

By the Court:

*Patricia M. Mayer*
_____
PATRICIA M. MAYER, BANKRUPTCY JUDGE