United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Katrena L Wentzel  
    Debtor

Case No. 15-13212-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4       User: DonnaR       Page 1 of 3       Date Rcvd: Jul 02, 2020  
                     Form ID: pdf900       Total Noticed: 49

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2020.

```
db              +Katrena L Wentzel,    4204 Stoudts Ferry Bridge Road,    Reading, PA 19605-3218
smg             +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                  Allentown, PA 18101-1603
smg              City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg             +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg             +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg             +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr               ECMC,    PO BOX 16408,    SAINT PAUL, MN  55116-0408
cr              +HSBC BANK USA,    14841 Dallas Parkway, Suite 425,    Dallas, TX 75254-8067
cr              +HSBC BANK USA, NATIONAL ASSOCIATION,    14841 Dallas Parkway, Suite 425,    Dallas, TX 75254-8067
cr              +Ocwen Loan Servicing LLC  et al....,    Attn: Bankruptcy Dept,    P.O. Box 24605,
                  West Palm Beach, FL 33416-4605
cr              +The Bank of New York Mellon f/k/a the Bank of New,    Stern & Eisenberg, PC,    1581 Main Street,
                  Suite 200,    Warrington, Pa 18976-3403
cr              +Wells Fargo Bank, N.A./Wells Fargo Home Mortgage,    MAC X7801-014,    3476 Stateview Blvd.,
                  Fort Mill, SC 29715-7203
13523567        +ADT/Apx,    PO Box 371490,    Pittsburgh, PA 15250-7490
13523568        +AES/MLN Phea,    Aes/Ddb,    Po Box 8183,    Harrisburg, PA 17105-8183
13545333       ++ASCENDIUM EDUCATION SOLUTIONS   INC,    PO BOX 8961,    MADISON WI 53708-8961
                (address filed with court: Navient Solutions, Inc. on behalf of USAF,
                  Attn: Bankruptcy Litigation Unit E3149,    P.O. Box 9430,    Wilkes-Barre, PA 18773-9430)
13523570        +Aes/pheaafrn,    Po Box 61047,    Harrisburg, PA 17106-1047
13523574        +Berks Ent,    1 Granite Point Dr,    Suite 300,    Reading, PA 19610-1992
13839520         ECMC,    PO BOX 16408,    ST. PAUL, MN 55116-0408
13523580        +Fed Loan Serv,    Po Box 60610,    Harrisburg, PA 17106-0610
13529659        +Garden Spot Equipment Auction Auto Sales, Inc.,    c/o Susan P. Peipher, Esquire,
                  Blakinger, Byler & Thomas, P.C.,    28 Penn Square,    Lancaster, PA 17603-4297
13609035        +HSBC BANK USA, NATIONAL ASSOCIATION ET.AL.,    Wells Fargo Bank, N.A.,
                  Attention: Bankruptcy Department,    Mac # D3347-014,    3476 Stateview Boulevard,
                  Fort Mill, SC 29715-7203
14378497        +HSBC Bank USA, National Association as Trustee Et,    C/O KML Law Group,
                  701 Market Street Suite 5000,    Philadelphia, PA. 19106-1541
13523586        +Health South,    1623 Morgantown Rd.,    Reading, PA 19607-9455
13523587        +Keystone Col,    220 North Duke Str,    Lancaster, PA 17602-2710
13523588        +Keystone Credit Services,    PO Box 218,    Leola, PA 17540-0218
13563483         Main Street Acquisition Corp., assignee,    of SANTANDER CONSUMER USA INC.,
                  c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13630213        +Mendelsohn and Mendelsohn, P.C.,    637 Walnut Street,    Reading, PA 19601-3524
13523600        +Ocwen Loan Servicing L,    12650 Ingenuity Dr,    Orlando, FL 32826-2703
13573349        +PHEAA,    PO BOX 8147,    HARRISBURG PA 17105-8147
13523601        +Proactiv,    PO Box 361448,    Des Moines, IA 50336-1448
13523602        +RJM Acq Llc,    575 Underhill Blvd. Suite 224,    Syosset, NY 11791-3416
14290989        +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                  Highlands Ranch, Colorado 80129-2386
13620113         The Bank of New York Mellon,    c/o Ocwen Loan Servicing, LLC,    Attn: Bankruptcy Dept,
                  PO Box 24605,    West Palm Beach, FL 33416-4605
13823767        +The Bank of New York Mellon,    f/k/a the Bank of New York,    c/o JOSEPH ANGEO DESSOYE,
                  Phelan Hallinan, LLP,    1617 JFK Blvd, Suite 1400,    Philadelphia, PA 19103-1814
13618249         US Department of Education,    P O Box 16448,    St Paul, MN 55116-0448
13523606       ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                  ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
                (address filed with court: Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,
                  Frederick, MD 21701)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 03 2020 04:47:00
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 03 2020 04:47:12     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13584805        +E-mail/Text: amscbankruptcy@adt.com Jul 03 2020 04:47:32      ADT Security Services, Inc.,
                  3190 South Vaughn Way,    Aurora, CO 80014-3512
13523575        +E-mail/Text: clientrep@capitalcollects.com Jul 03 2020 04:47:34      Capital Collection Services,
                  PO Box 150,    West Berlin, NJ 08091-0150
13523576        +E-mail/Text: DATA@COLLECTIONCENTERIND.COM Jul 03 2020 04:47:32      Collection Center,
                  Attn Collections/Bankruptcy,    Po Box 8666,    Lancaster, PA 17604-8666
13523577        +E-mail/Text: documentfiling@lciinc.com Jul 03 2020 04:46:36      Comcast,    P.O. Box 3005,
                  Southeastern, PA 19398-3005
13523578        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 03 2020 04:46:46      Comenity Bank/vctrssec,
                  220 W Schrock Rd,    Westerville, OH 43081-2873
13523579        +E-mail/Text: bankruptcy_notifications@ccsusa.com Jul 03 2020 04:47:32
                  Credit Collections Svc,    Po Box 773,    Needham, MA 02494-0918
13523589        +E-mail/PDF: pa_dc_claims@navient.com Jul 03 2020 04:52:24      Navient,    Po Box 9500,
                  Wilkes Barre, PA 18773-9500
```

```
District/off: 0313-4                  User: DonnaR                  Page 2 of 3                   Date Rcvd: Jul 02, 2020
                                      Form ID: pdf900               Total Noticed: 49
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13560897          E-mail/Text: bnc-quantum@quantum3group.com Jul 03 2020 04:46:48
                  Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
13523603         +E-mail/Text: bankruptcy@sw-credit.com Jul 03 2020 04:47:04     Southwest Credit,
                  5910 W. Plano Parkway,    Suite 100,    Plano, TX 75093-2202
13523604         +E-mail/Text: bankruptcydepartment@tsico.com Jul 03 2020 04:47:29     Transworld Sys Inc/09,
                  507 Prudential Rd,    Horsham, PA 19044-2308
14125915          E-mail/Text: GUARBKe-courtdocs@ascendiumeducation.org Jul 03 2020 04:46:37
                  United Student Aid Funds, Inc (USAF),    PO Box 8961,    Madison WI 53708-8961
                                                                                              TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*              +Garden Spot Equipment Auction Auto Sales, Inc.,    c/o Susan P. Peipher, Esquire,
                  Blakinger, Byler & Thomas, P.C.,    28 Penn Square,    Lancaster, PA 17603-4297
13523569*        +AES/MLN Phea,   Aes/Ddb,    Po Box 8183,    Harrisburg, PA 17105-8183
13523571*        +Aes/pheaafrn,    Po Box 61047,    Harrisburg, PA 17106-1047
13523572*        +Aes/pheaafrn,    Po Box 61047,    Harrisburg, PA 17106-1047
13523573*        +Aes/pheaafrn,    Po Box 61047,    Harrisburg, PA 17106-1047
13523581*        +Fed Loan Serv,    Po Box 60610,    Harrisburg, PA 17106-0610
13523582*        +Fed Loan Serv,    Po Box 60610,    Harrisburg, PA 17106-0610
13523583*        +Fed Loan Serv,    Po Box 60610,    Harrisburg, PA 17106-0610
13523584*        +Fed Loan Serv,    Po Box 60610,    Harrisburg, PA 17106-0610
13523585*        +Fed Loan Serv,    Po Box 60610,    Harrisburg, PA 17106-0610
13523590*        +Navient,   Po Box 9500,    Wilkes Barre, PA 18773-9500
13523591*        +Navient,   Po Box 9500,    Wilkes Barre, PA 18773-9500
13523592*        +Navient,   Po Box 9500,    Wilkes Barre, PA 18773-9500
13523593*        +Navient,   Po Box 9500,    Wilkes Barre, PA 18773-9500
13523594*        +Navient,   Po Box 9500,    Wilkes Barre, PA 18773-9500
13523595*        +Navient,   Po Box 9500,    Wilkes Barre, PA 18773-9500
13523596*        +Navient,   Po Box 9500,    Wilkes Barre, PA 18773-9500
13523597*        +Navient,   Po Box 9500,    Wilkes Barre, PA 18773-9500
13523598*        +Navient,   Po Box 9500,    Wilkes Barre, PA 18773-9500
13523599*        +Navient,   Po Box 9500,    Wilkes Barre, PA 18773-9500
13523605        ##+Weed Man,    510 East Barnard Street,    West Chester, PA 19382-3455
                                                                                              TOTALS: 0, * 20, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 2, 2020 at the address(es) listed below:
```
              ANDREW   SPIVACK    on behalf of Creditor    HSBC Bank USA, NA as Trustee et al..... paeb@fedphe.com
              ANDREW   SPIVACK    on behalf of Creditor    HSBC Bank USA, National Association As Trustee et. al.
               paeb@fedphe.com
              BRENNA HOPE MENDELSOHN    on behalf of Plaintiff Ralph P. Wenrich, Jr. tobykmendelsohn@comcast.net
              BRENNA HOPE MENDELSOHN    on behalf of Plaintiff Kelly S. Wenrich tobykmendelsohn@comcast.net
              BRENNA HOPE MENDELSOHN    on behalf of Debtor Katrena L Wentzel tobykmendelsohn@comcast.net
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JACQUELINE FRANCES MCNALLY    on behalf of Creditor    The Bank of New York Mellon f/k/a the Bank
               of New York jmcnally@sterneisenberg.com,
               seisenberg@sterneisenberg.com;dbogucki@sterneisenberg.com;ddelvecchio@sterneisenberg.com;ckohn@st
               erneisenberg.com
```

```
District/off: 0313-4              User: DonnaR              Page 3 of 3              Date Rcvd: Jul 02, 2020
                                  Form ID: pdf900           Total Noticed: 49


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              JEROME B. BLANK    on behalf of Creditor    HSBC Bank USA, National Association As Trustee et. al.
               paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    The Bank of New York Mellon et. al. paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    The Bank of New York Mellon f/k/a the Bank of New
               York paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    HSBC Bank USA, National Association As Trustee et.
               al. paeb@fedphe.com
              LESLIE J. RASE    on behalf of Creditor    The Bank of New York Mellon f/k/a the Bank of New York
               pabk@logs.com, lerase@logs.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MARIO J. HANYON    on behalf of Creditor    The Bank of New York Mellon et. al. paeb@fedphe.com
              PETER WILLIAM WAPNER    on behalf of Creditor    The Bank of New York Mellon f/k/a the Bank of New
               York peter.wapner@phelanhallinan.com
              REBECCA ANN SOLARZ    on behalf of Creditor    HSBC Bank USA, National Association As Trustee et.
               al. bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    HSBC Bank USA, National Association as Trustee Et
               Al... bkgroup@kmllawgroup.com
              ROLANDO  RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ecfmail@readingch13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              SENIQUE MONEE MOORE    on behalf of Creditor    Wells Fargo Bank, N.A./Wells Fargo Home Mortgage
               senique.moore@wellsfargo.com
              SUSAN P. PEIPHER    on behalf of Creditor    Garden Spot Equipment Auction Auto Sales, Inc.
               spp@blakingerthomas.com, pds@blakingerthomas.com;blt@blakingerthomas.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW
               YORK AS SUCCESSOR TRUSTEE, Et al. paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD MILLER    on behalf of Creditor    The Bank of New York Mellon f/k/a the Bank of New
               York wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
                                                                                             TOTAL: 24
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>    KATRENA L WENTZEL<br><br><br>Debtor | Chapter 13<br><br>Bankruptcy No. 15-13212-PMM |

## ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: July 2, 2020**

*Patricia M. Mayer*
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE